■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY R. WHITSELL, Appellant. [598 NYS2d 752] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that his conviction was against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). His sentence was neither harsh nor excessive. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Attempted Rape, 1st Degree.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.